

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Douglas Zink, Appellant

No. 06-12-00049-CV        v.

Ron Barker, Appellee

Appeal from the County Court of Franklin County, Texas (Tr. Ct. No. 1819). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Douglas Zink, pay all costs of this appeal.

RENDERED AUGUST 23, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk